UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-328 (FLW) |
| PATRICK BRENNAN | : | ORDER TO REVISE PRESENTENCE REPORT UPON VERIFICATION |

This matter having been opened to the Court by the defendant, Patrick Brennan, through his attorney Richard Coughlin, Federal Public Defender, who seek an Order which directs the United States Probation Office to verify the information provided by the defense counsel concerning Mr. Brennan's 1979, 1983 and 1984 arrests which were referenced in the Presentence Report, and upon verification to revise the Presentence Report to reflect the verified dispositions, and Anthony Moscato, AUSA, having no objection to the defendant's request and good and sufficient cause having been shown;

IT IS on this 14th day of February, 2011, ORDERED that the United States Probation Office, upon verification of the information provided by defense counsel concerning the defendant's 1979, 1983 and 1984 arrests, referenced in paragraphs 66, 70 and 77 of the Presentence Report, revise the Presentence Report to reflect any verified information relating to the disposition of these charges.

_____
HONORABLE KATHARINE S. HAYDEN
Senior, United States District Judge