PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Patrick Brennan                                Cr.: 10-00328-001
                                                                 PACTS Number: 58021

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 10-25-10

Original Offense: Embezzlement

Original Sentence: 6 months custody and three years supervised release

Type of Supervision: Supervised release              Date Supervision Commenced: 05-27-11

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

The offender was ordered to pay $32,487.26 in restitution to be paid in monthly installments. However, no specific dollar amount was ordered. Mr. Brennan was recently released from custody and working part time as a union paperhanger. After a review of the offender's finances, it appears he has the ability to a monthly amount of $100. Therefore, we are respectively requesting that the monthly restitution amount be set at $100.

Respectfully submitted,

By: Kevin M. Villa
    Senior U.S. Probation Officer
Date: June 21, 2011

---

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/29/11
Date